[Crim. No. 925.　Third Appellate District.—February 7, 1927.]

THE PEOPLE, Respondent, v. KENNETH PERRY et al., Appellants.

[1] CRIMINAL LAW—APPEAL—ABSENCE OF APPEARANCE. — In a criminal case, where no brief is filed on behalf of appellants, and the case is regularly placed on the calendar more than ten months after the filing of the transcript, and no appearance is made for appellants at the time the case is called for oral argument, the judgments and orders denying a new trial will be affirmed pursuant to the provisions of section 1253 of the Penal Code.

(1) 17 C. J., p. 364, n. 28 New.

APPEAL from judgments of the Superior Court of Sacramento County and from orders denying a new trial. John F. Pullen, Judge. Affirmed.

The facts are stated in the opinion of the court.

No appearance for Appellants.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

THE COURT.—[1] The transcript on appeal was filed in this court April 2, 1926. No brief has been filed in behalf of appellants. The case was regularly placed on the February calendar for oral argument. No appearance was made for appellants at the time the case was called for hearing. Pursuant to the provisions of section 1253 of the Penal Code, the judgments and the orders are affirmed.